USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/6/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

    JAMES RIVER INSURANCE COMPANY,      :
    INC.,       :
      :
           **Plaintiff,**    :     **1:25-cv-3168 (ALC)**
      :
        **-against-**    :     <u>**ORDER FOR DEFAULT**</u>
      :     <u>**JUDGEMENT**</u>
    REHJAUNNI WALKER,      :
      :
          **Defendant.**    :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On April 16, 2025, Plaintiff James River Insurance Company, Inc. ("Plaintiff") filed a complaint against Defendant Rehjaunni Walker ("Defendant"). (ECF No. 1). Defendant was served on June 23, 2025. (ECF No. 12). Defendant has not answered or otherwise responded to the Complaint or appeared in this action. On October 23, 2025, having obtained a clerk's certificate of default, Plaintiff filed a Motion for Default Judgment against Defendant. (ECF No. 16).

On October 24, 2025, this Court issued an order to show cause as to why default judgement should not be entered against Defendant. (ECF No. 17). Defendant was directed to make such showing in writing by December 1, 2025, and was warned that the failure to respond may be grounds for granting default judgment in Plaintiff's favor. (ECF No. 17). Defendant has failed to respond.

Accordingly, upon consideration of Plaintiff's Motion for Default Judgement and the failure of Defendant to respond to the Court's order to show cause, the Court hereby **GRANTS** Plaintiff's Motion for Default Judgement.

The Clerk of Court is respectfully directed to enter judgement in favor of Plaintiff

pursuant to Fed. R. Civ. P. 55(b)(2) and terminate this matter.

**SO ORDERED.**

**Dated**:    **February 6, 2026**
              **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**