**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAMES RIVER INSURANCE COMPANY, INC.,
                          Plaintiff,

                                                          25 **CIVIL** 3168 (ALC)


            -against-                               **DEFAULT JUDGMENT**


REHJAUNNI WALKER,
                          Defendant.
-----------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the

Court's Order dated February 6, 2026, Plaintiff's motion for a default judgment is Granted.

Judgment is entered in favor of the Plaintiff.

**DATED**: New York, New York
        February 10, 2026


                                          **TAMMI M. HELLWIG**
                                    _____
                                          **Clerk of Court**


                            BY: _____
                                          **Deputy Clerk**